UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MORRIS, on behalf of herself and others similarly situated,<br><br>                          Plaintiff,<br><br>v.<br><br>CONVERGENT OUTSOURCING, INC.,<br><br>                          Defendant. | Case No.:  3:16-cv-01026-H-NLS<br><br>**ORDER DISMISSING ACTION PER JOINT STIPULATION**<br><br>[Doc. No. 17] |

On December 29, 2016, the parties filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Doc. No. 17.) This action is hereby dismissed. As stipulated, Plaintiff's individual claims are dismissed with prejudice, and the putative class's claims are dismissed without prejudice. Also as stipulated, each party will bear its own attorney's fees and costs.

     **IT IS SO ORDERED.**

DATED: January 5, 2017

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1

3:16-cv-01026-H-NLS